FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY P.,<br><br>            Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>            Defendant. | NO:  2:20-CV-288-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by United States Magistrate Judge Mary K. Dimke on July 26, 2021, ECF No. 29,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. No further action need be taken to continue this suit.  See 42 U.S.C. § 405(g).

recommending that the Court grant Plaintiff Holly P.'s[2] Amended Motion for Summary Judgment, ECF No. 26, and deny Defendant's Motion for Summary Judgment, ECF No. 27. Objections were due on August 9, 2021, with none received.

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's determinations are correct.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 29**, is **ADOPTED** in its entirety.

2. Plaintiff Holly P.'s Motion for Summary Judgment, **ECF No. 23**, is **DENIED AS MOOT**.

3. Plaintiff Holly P.'s Amended Motion for Summary Judgment, **ECF No. 26**, is **GRANTED**.

4. The Commissioner's Motion for Summary Judgment, **ECF No. 27**, is **DENIED**.

5. Judgment shall be entered for the Plaintiff.

---

[2] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial.

6. The ALJ's decision is **REVERSED**. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 18, 2021.

                                     *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge