AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 18, 2021**

SEAN F. McAVOY, CLERK

HOLLY P., )
)
*Plaintiff* )
v. )   Civil Action No.   2:20-CV-288-RMP
KILOLO KIJAKAZI, ACTING COMMISSIONER OF )
SOCIAL SECURITY, )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff Holly P.'s Motion for Summary Judgment (ECF No. 23) is DENIED AS MOOT.
Plaintiff Holly P.'s Amended Motion for Summary Judgment (ECF No. 26) is GRANTED.
The Commissioner's Motion for Summary Judgment (ECF No. 27) is DENIED. This matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   motions for Summary Judgment (ECF Nos. 23, 26 and 27).

Date:   8/18/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams